Matter of Perez (Commissioner of Labor) (2025 NY Slip Op 04213)

Matter of Perez (Commissioner of Labor)

2025 NY Slip Op 04213

Decided on July 17, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 17, 2025

CV-25-0341
[*1]In the Matter of the Claim of Giselle Perez, Appellant. Commissioner of Labor, Respondent.

Calendar Date:June 20, 2025

Before:Egan Jr., J.P., Clark, Lynch, Reynolds Fitzgerald and Fisher, JJ.

Giselle Perez, Amsterdam, appellant pro se.
Letitia James, Attorney General, New York City (Dawa Jung-Acosta of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 13, 2024, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.
Decision affirmed. No opinion.
Egan Jr., J.P., Clark, Lynch, Reynolds Fitzgerald and Fisher, JJ., concur.
ORDERED that the decision is affirmed, without costs.